UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| GUY R. JENKINS III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:19-CV-124-TAV-DCP |
| | ) |
| SOUTHERN HEALTH PARTNERS, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM OPINION**

This is a pro se prisoner's complaint for violation of civil rights filed under 42 U.S.C. § 1983. Now before the Court is Plaintiff's motion to withdraw his complaint [Doc. 8], because "[D]efendants [sic] are working to fix the things discussed with[]in the complaint" [*Id.* at 1]. He requests that the Court no longer require him to pay the filing fee [*Id.*].

For good cause shown therein, this motion [*Id.*] will be **GRANTED** to the extent that this action will be **DISMISSED**. As to Plaintiff's request that the Court waive the filing fee due to this dismissal, however, "[p]risoners are no longer entitled to a waiver of fees and costs" and "a voluntary dismissal of a complaint or an appeal does not eliminate a prisoner's obligation to pay the required filing fees." *McGore v. Wrigglesworth*, 114 F.3d 601, 604, 607 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199 (2007). Accordingly, this request will be **DENIED**. Also, the Court **CERTIFIES** that any appeal from this order would not be taken in good faith. Fed. R. App. 24.

Therefore, Petitioner will be **DENIED** leave to proceed *in forma pauperis* on appeal, should he file for one. Fed. R. App. P. 24.

**AN APPROPRIATE ORDER WILL ENTER.**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE